# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL           NO.   2021 CW 0268
PROCEEDINGS FOR SHANDOLYNN
HEBERT

**MAY 10, 2021**

---

In Re:     Mark J. Dominguez, M.D., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-10450.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** The district court's February 5, 2021 judgment that denied defendant's Motion to Quash Notice of Records Deposition for Production of Records Only and Subpoena Duces Tecum is reversed. The credibility of the plaintiff in a personal injury case is key. Surveillance video can be a critical means of testing the plaintiff's credibility with respect to the physical injuries and limitations claimed. The search for truth is best served by a general rule favoring post-deposition production of surveillance video unless special circumstances necessitate pre-deposition disclosure. See **Wolford v. JoEllen Smith Psychiatric Hosp.**, 96-2460 (La. 5/20/97), 693 So.2d 1164. We conclude the plaintiff failed to carry her burden of showing special circumstances necessitating pre-deposition disclosure of the surveillance video. Therefore, defendant's Motion to Quash Notice of Records Deposition for Production of Records Only and Subpoena Duces Tecum is granted, and defendant is not required to disclose the surveillance video to plaintiff until her deposition is completed.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT